UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
    Plaintiff,

vs.                                        Case No.: 3:23cv24653/TKW/ZCB

S. DAVIS,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Plaintiff's objection (Doc. 5). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Plaintiff's objection argues the perceived merits of this suit and does not contest the magistrate judge's determination that he is a "three-striker" who is barred from filing suit in federal court without pre-paying the filing fee. Thus, for the reasons stated in the magistrate judge's Report and Recommendation, the Court finds that this case must be dismissed under the "three-strike statute," 28 U.S.C. §1915(g), without reaching the merits.

It is, therefore, **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED** and this action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g) based on Plaintiff's failure to pay the filing fee at the time he commenced this case.

3. The Clerk of Court shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 21st day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**